UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
OCT 30 2007


CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARVIN E. JEWELL, JR.,

        Plaintiff,

-vs-

CSC CREDIT SERVICES, INC.,

        Defendant.

CIV. 06-4159

JUDGMENT OF DISMISSAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based on the Joint Motion to Dismiss (Doc. 53) of the parties in this action, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that this action be, and hereby is, dismissed upon its merits, with prejudice, and without costs to any party.

Dated this 30 day of October, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _Sally Margulies_ Deputy